HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
HUBALDO TORRES-CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>HUBALDO TORRES-CORTEZ,<br><br>  Defendants. | Case No. 2:18-cr-00016-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: February 2, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Katherine Lydon, attorney for Plaintiff, and Federal Defender Heather E. Williams, through Assistant Federal Defender Mia Crager, attorney for defendant that the status conference, currently scheduled for February 2, 2018, be continued to March 2, 2018 at 9:00 a.m.

The reason for this continuance is that discovery will be produced within the next day and defense counsel will need time to review the discovery and discuss it with her client.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from and including February 2, 2018, through and including March 2, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting

this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: January 31, 2018    HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
HUBALDO TORRES-CORTEZ

Dated:  January 31, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ Katherin Lydon
KATHERINE LYDON
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from and including February 2, 2018, up to and including March 2, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered the February 2, 2018 status conference shall be continued until March 2, 2018, at 9:00 a.m.

**Dated: February 1, 2018**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge