| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | SEAN RIORDAN, #255752 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| | sean_riordan@fd.org |
| 5 | |
| 6 | Attorney for Defendant |
| | HUBALDO TORRES-CORTEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-016-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| HUBALDO TORRES-CORTEZ, | ) | Date: May 11, 2018 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell Jr. |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Tyler Hooper, that the status conference scheduled for May 11, 2018 be vacated and continued to June 15, 2018 at 9:00 a.m.

Defense counsel requires additional time to conduct further investigation regarding potential mitigation, to engage in legal research, and to consult with the client regarding a possible resolution of this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of today's date through and including June 15, 2018 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order to Continue Status Conference -1-

| | |
|---|---|
| 1    DATED: May 10, 2018 | Respectfully submitted, |
| 2 | HEATHER E. WILLIAMS |
| 3 | Federal Defender |
| 4 | */s/ Sean Riordan* |
| | SEAN RIORDAN |
| 5 | Assistant Federal Defender |
| 6 | Attorney for HUBALDO TORRES-CORTEZ |
| 7    DATED: May 10, 2018 | McGREGOR W. SCOTT |
| 8 | United States Attorney |
| 9 | */s/ Katherine Lydon* |
| | KATHERINE LYDON |
| 10 | Assistant U.S. Attorney |
| 11 | Attorney for Plaintiff |

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from today's date, up to and including June 15, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** that the May 11, 2018 status conference shall be continued until June 15, 2018, at 9:00 a.m.

Dated: May 10, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge